IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE RICHARD MENDOZA,**

    *Plaintiff*,

v.                                        Case No.: 4:21cv363-MW/MAF

**RICKY D. DIXON,**[1] **et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 9, is **DENIED**. Plaintiff's second amended complaint, ECF No. 13, is now the operative

---

[1] Mr. Dixon was appointed Secretary of the Florida Department of Corrections in November 2021.

complaint. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on December 13, 2021.**

>	<u>s/Mark E. Walker</u>
>	**Chief United States District Judge**