IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE RICHARD MENDOZA,**

    *Plaintiff*,

v.                            Case No.: 4:21cv363-MW/MAF

**FLORIDA DEPARTMENT OF
CORRECTIONS,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 13, is **DISMISSED** because it is an impermissible shotgun pleading, for failure to comply with court orders, and for failure to state a claim." The Clerk shall note on the docket that this cause was dismissed pursuant

to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on December 29, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**
