IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE RICHARD MENDOZA,**

    *Plaintiff*,

v.                                 Case No.: 4:21cv363-MW/MAF

**RICKY D. DIXON,**[1] **et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Plaintiff's objections, ECF No. 18. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 15, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 13, is **DISMISSED without prejudice** because it is an impermissible shotgun pleading, for failure to comply with court orders, and for failure to state a claim." The Clerk shall note on

---

[1] Mr. Dixon was appointed Secretary of the Florida Department of Corrections in November 2021.

the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on February 14, 2022.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**